AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MARC COHODES, an individual <br> *Plaintiff(s)* <br> v. <br> UNITES STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS <br> *Defendant(s)* | Civil Action No. 4:20-cv-04015-DMR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Executive Office for United States Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David Shapiro
Fred Norton
Matthew Turetzky
THE NORTON LAW FIRM
299 Third Street, Suite 106
Oakland, CA 94607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 06/24/2020

*Signature of Clerk or Deputy Clerk*