David W. Shapiro (SBN 219265)
Fred Norton (SBN 224725)
Matthew W. Turetzky (SBN 280997)
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, CA 94607
Telephone: (510) 906-4907
dshapiro@nortonlaw.com
fnorton@nortonlaw.com
mturetzky@nortonlaw.com

Attorneys for Plaintiff
MARC COHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC COHODES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>    Defendants. | Case No. 4:20-cv-04015-DMR<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATE: July 16, 2020

NAME: Matthew W. Turetzky

COUNSEL FOR (OR "PRO SE"): Plaintiff MARC COHODES

*/s/ Matthew W. Turetzky*

*Signature*