George C. Harris (SBN 111074)
gharris@nortonlaw.com
David W. Shapiro (SBN 219265)
dshapiro@nortonlaw.com
Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Matthew W. Turetzky (SBN 280997)
mturetzky@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, CA 94607
Telephone: (510) 906-4907
Fax: (510) 906-4910

Attorneys for Plaintiff
MARC COHODES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC COHODES,<br><br>           Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>           Defendants. | CASE NO.  20-cv-04015-DMR<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:   June 17, 2020<br>Trial Date:           Not Set Yet |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 27, 2020           Respectfully submitted,

                   THE NORTON LAW FIRM PC

                   */s/ George C. Harris*
                By: George C. Harris
                   Attorneys for Plaintiff
                   Marc Cohodes