DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARC COHODES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, and CRIMINAL DIVISION OF UNITED STATES DEPARTMENT OF JUSTICE<br>　　　Defendants. | CASE NO. 20-cv-04015-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date**: February 25, 2021<br>**Time**: 2:30 p.m.<br>**Courtroom**: via telephone conference |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 20-CV-04015-SBA

1    Defendants United States Department of Justice, Federal Bureau of Investigation ("FBI"), and
2  Executive Office for United States Attorneys ("EOUSA"), and the United States Department of Justice's
3  Criminal Division ("Criminal Division") (collectively, "Federal Defendants"), and Plaintiff Marc
4  Cohodes, by and through their counsel, hereby stipulate to continue the February 25, 2021 Case
5  Management Conference to Thursday April 29, 2021 or to May 5 or 6, 2021, subject to the Court's
6  approval and for the reasons set forth below.

7    The FBI has previously determined that it could process the approximately 900 pages of records
8  it has found by making a release on January 25, 2021 and a second release in February 2021.  Due to the
9  COVID-19 pandemic, the FBI had to reduce staffing in its FOIA processing office by 50%.  As a result,
10 the FBI was able to process approximately 250 pages and made a release on January 25, 2021.  The FBI
11 anticipates making another release of approximately 250 pages on February 25, 2021, and another
12 approximately 250 pages on March 25, 2021.  The FBI anticipates that it would make a final release of
13 any remaining pages on April 26, 2021.  It is possible that the schedule could be accelerated if the FBI's
14 FOIA processing office were able to fully reopen, something that is presumably dependent on the status
15 of the COVID 19 pandemic and vaccine distribution, matters outside of the FBI's control.

16   In addition, the FBI, EOUSA, and the Criminal Division prepared search descriptions that were
17 provided to Plaintiff's counsel as a confidential settlement communication.  Counsel for Federal
18 Defendants has also indicated that he is willing to consider Plaintiff's comments and questions regarding
19 redactions and withheld pages in the FBI's release of records.

20   In light of these developments, the parties do not believe it would be a good use of the parties or
21 the Court's resources to have a Case Management Conference on February 25, 2021.  Rather, the parties
22 request that the Court continue the conference to April 26, 2021 or to May 5 or 6, 2021.  The parties will
23 continue to work to see if any aspects of this case can be resolved.

24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 20-CV-04015-SBA                    1

Respectfully submitted,

Dated: February 12, 2021                    DAVID L. ANDERSON
                                             United States Attorney

                                             Michael T. Pyle*
                                             _____
                                             Michael Pyle
                                             Assistant United States Attorney
                                             Counsel for Defendants United States Department of Justice, FBI, Executive Office for United States Attorneys, and Criminal Division

*I certify that Plaintiff's counsel authorized me to file this stipulation.

Respectfully submitted,

Dated: February 12, 2021                    THE NORTON LAW FIRM PC

                                             George C. Harris
                                             _____
                                             George C. Harris
                                             Counsel for Plaintiff Marc Cohodes

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:

The Case Management Conference scheduled for February 25, 2021 at 2:30 p.m. is continued to [April 29, 2021, May 5, 2021, May 6, 2021] at _____.

**IT IS SO ORDERED.**

Dated: _____    _____

                                             Hon. Saundra Brown Armstrong
                                             United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 20-CV-04015-SBA                           2