STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARC COHODES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, and CRIMINAL DIVISION OF UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendants. | CASE NO. 20-cv-04015-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date**: May 5, 2021<br>**Time**: 2:45 p.m.<br>**Courtroom**: via telephone conference |

    Defendants United States Department of Justice, Federal Bureau of Investigation ("FBI"), and Executive Office for United States Attorneys ("EOUSA"), and the United States Department of Justice's Criminal Division ("Criminal Division") (collectively, "Federal Defendants"), and Plaintiff Marc Cohodes, by and through their counsel, hereby stipulate to continue the May 5, 2021 Case Management Conference to June 3, 10 or 17, 2021, subject to the Court's approval and for the reasons set forth below.

    The FBI made its final release of pages on April 23, 2021, which Defendants' counsel e-mailed to Plaintiff's counsel on April 27, 2021.

    In addition, the FBI, EOUSA, and the Criminal Division prepared search descriptions that were provided to Plaintiff's counsel as a confidential settlement communication.

    Plaintiff has provided some comments on certain redactions from earlier releases that it has requested the FBI to consider.  Counsel for Federal Defendants has also indicated that he is willing to consider Plaintiff's comments and questions regarding redactions and withheld pages in the FBI's release of records.

    In light of these developments, the parties do not believe it would be a good use of the parties or the Court's resources to have a Case Management Conference on May 5, 2021.  Rather, the parties request that the Court continue the conference to June 3, 10 or 17 2021.  The parties will continue to work to see if any aspects of this case can be resolved.

    Respectfully submitted,

Dated: April 27, 2021          STEPHANIE M. HINDS
                                        Acting United States Attorney

                                        Michael T. Pyle*

                                        _____
                                        Michael Pyle
                                        Assistant United States Attorney
                                        Counsel for Defendants United States Department of Justice, FBI, Executive Office for United States Attorneys, and Criminal Division

*I certify that Plaintiff's counsel authorized me to file this stipulation.

Respectfully submitted,

Dated: April 27, 2021        THE NORTON LAW FIRM PC

George C. Harris
_____
George C. Harris
Counsel for Plaintiff Marc Cohodes

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:

The Case Management Conference scheduled for May 5, 2021 at 2:45 p.m. is continued to June 17, 2021 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: April 27, 2021                    _/s/ Saundra B. Armstrong_____

Hon. Saundra Brown Armstrong
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 20-CV-04015-SBA                 2