1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
4  Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5087
6  FAX: (408) 535-5081
7  Email: michael.t.pyle@usdoj.gov

8  Attorneys for Federal Defendants

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12

13

14 | MARC COHODES,                                    ) CASE NO. 20-cv-04015-SBA
                                                      )
15 |       Plaintiff,                                 )
                                                      ) **STIPULATION AND ORDER**
16 |    v.                                            ) **CONTINUING CASE MANAGEMENT**
                                                      ) **CONFERENCE**
17 | UNITED STATES DEPARTMENT OF                      )
     JUSTICE, FEDERAL BUREAU OF                       )
18 | INVESTIGATION, EXECUTIVE                         ) **Date**: June 17, 2021
     OFFICE FOR UNITED STATES                         ) **Time**: 2:30 p.m.
19 | ATTORNEYS, and CRIMINAL DIVISION OF              ) **Courtroom**: via telephone conference
     UNITED STATES DEPARTMENT OF                      )
20 | JUSTICE                                          )
                                                      )
21 |       Defendants.                                )

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 20-CV-04015-SBA

Defendants United States Department of Justice, Federal Bureau of Investigation ("FBI"), and Executive Office for United States Attorneys ("EOUSA"), and the United States Department of Justice's Criminal Division ("Criminal Division") (collectively, "Federal Defendants"), and Plaintiff Marc Cohodes, by and through their counsel, hereby stipulate to continue the June 17, 2021 Case Management Conference to July 21, 22 or 29, 2021, subject to the Court's approval and for the reasons set forth below.

The FBI made its final release of pages on April 23, 2021, and the FBI, EOUSA, and the Criminal Division prepared search descriptions that were provided to Plaintiff's counsel as a confidential settlement communication. Plaintiff provided some comments and questions about certain redactions and withholdings made by the FBI, as well as questions about the search descriptions provides by the FBI, EOUSA, and Criminal Division. Counsel for Federal Defendants sent a letter to counsel for Plaintiff on June 9, 2021, which provided some answers about Plaintiff's questions and comments. The parties believe one final continuance of a further Case Management Conference will allow them to determine whether some or all of the issues in dispute can be resolved.

In light of these developments, the parties do not believe it would be a good use of the parties or the Court's resources to have a Case Management Conference on June 17, 2021. Rather, the parties request that the Court continue the conference to July 21, 22 or 29, 2021. The parties will continue to work to see if any aspects of this case can be resolved in the next 30 days, and would plan to attend a Case Management Conference in July.

Respectfully submitted,

Dated: June 10, 2021

STEPHANIE M. HINDS
Acting United States Attorney

Michael T. Pyle*

_____
Michael Pyle
Assistant United States Attorney
Counsel for Defendants

*I certify that Plaintiff's counsel authorized me to file this stipulation.

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 20-CV-04015-SBA                    1

Respectfully submitted,

Dated: June 10, 2021   THE NORTON LAW FIRM PC

George C. Harris

_____
George C. Harris
Counsel for Plaintiff Marc Cohodes

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:

The Case Management Conference scheduled for June 17, 2021 at 2:30 p.m. is continued to July 29, 2021 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: 6/10/2021   _____
Hon. Saundra Brown Armstrong
United States District Judge