UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARC COHODES,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>        Defendants. | Case No. 20-cv-04015-LB<br><br>**JUDGMENT** |

On January 24, 2025, the court awarded fees of $180,808.50. (Orders – ECF Nos. 124, 134.) On March 24, 2025, the court awarded fees for the fees motion of $73,948.95. (Order – ECF No. 135.) The total fee award is $254,757.45. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiff and against the defendant. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 24, 2025

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-04015-LB